# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

<u>Harvey Lemay</u>

     v.                                    Civil No. 11-cv-185-JD

<u>NH Department of Safety,</u>
<u>Division of State Police, Sex Offender Registry</u>

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

     The attachments to [1] Complaint in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).  Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in these attachments.  Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the attachments to [1] Complaint, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

     **SO ORDERED**.

                                                   /s/ Daniel J. Lynch
                                                   Daniel J. Lynch
                                                   United States Magistrate Judge

Date:  April 19, 2011

cc:     Harvey Lemay, pro se