# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

<u>Harvey Lemay</u>

     v.                                                Civil No. 11-cv-185-JD

<u>Trooper Rocky, et al.</u>

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

     Exhibits 4, 6, 8, and 11 in support of plaintiff's Motion to Amend Amended Complaint in the above-captioned case contain one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Exhibits. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to Exhibits 4, 6, 8 and 11 to the Motion to Amend Amended Complaint, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

     **SO ORDERED**.

                                                          /s/ Daniel J. Lynch
                                                          Daniel J. Lynch
                                                          United States Magistrate Judge

Date:   October 29, 2012

cc:      Harvey Lemay, pro se
          David Hilts, Esq.
          Kevin O'Neill, Esq.